701 A.2d 700

IN THE MATTER OF JOSEPH DE MESQUITA,
AN ATTORNEY AT LAW.

October 27, 1997.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **JOSEPH DE MESQUITA** of **CHERRY HILL,**
who was admitted to the bar of this State in 1983, and who was
suspended from the practice of law for a period of two years
effective September 13, 1995, by Order of this Court dated January 14, 1997, be restored to the practice of law, effective immediately.

701 A.2d 700

IN THE MATTER OF ANTHONY M. PALAZZO,
AN ATTORNEY AT LAW.

October 27, 1997.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **ANTHONY M. PALAZZO** of **WEST NEW
YORK,** who was admitted to the bar of this State in 1985, and who
was suspended from the practice of law for a period of six months
by Order of this Court dated April 23, 1997, be restored to the
practice of law, effective immediately.